Michael Bohannan  #1841746

9601 Spur 591

Amarillo, Texas  79107-9606

July 22, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

Clerk of the Court

Texas Court of Criminal Appeals

P.O. Box 12308, Capitol Station

Austin, Texas  78711-2308

Re: <u>Bohannan v. State</u>,
     No. PD-0347-15

Dear Clerk:

Back on May 26, 2015, you filed my notice to the Court of my inability to make service upon the State Prosecuting Attorney because the prison officials were providing offenders an incorrect address.  I have found someone who has obtained a different address than that the prison provided so this date I am serving the State Prosecuting Attorney copies of the previously unserved filings in the cause.  I am providing the Court a copy of my certificate of service for such enclosed herein.  Please make the Court aware of it.

I am enclosing an additional copy of this letter for file stamping to verify receipt.  Please return it to me in the return envelope provided.

Thank you for your time and trouble.

Sincerely,

Michael W. Bohannan
806-381-7080

cc: State Prosecuting Attorney
    file

## CERTIFICATE OF SERVICE

I. Michael Bohannan, being presently imprisoned in Potter County, Texas, and under penalty of perjury, do hereby affirm that I have delivered a copy of the following items:

1) Petitioner's Motion To Supplement The Appellate Record;

2) Petitioner's Motion Requesting Leave To File A Reduced Number Of Copies Of Petition For Discretionary Review And Notice Of Inability To Make Service Required Under Rule 68.11; and

3) Petition For Discretionary Review w/Appendix.

to a TDCJ official, first-class postage prepaid, for mailing to:

State Prosecuting Attorney
P.O. Box 13046, Capitol Station
Austin, Texas 78711-3046

on this the 22nd day of July , 2015.

_____
Petitioner/Affiant